IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| USA | § | |
|---|---|---|
| | § | |
| vs. | § | Case Number: PE:23-M-00500(1) |
| | § | |
| (1) Sergio Menchaca Pizarro | § | |

## STANDING ORDER

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

It is so **ORDERED**.

Signed this 28th day of October, 2020.

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE