# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CRIMINAL NO:** |
| **v.** | § | **4:23-MJ-00500** |
| | § | |
| **SERGIO MENCHACA PIZARRO** | § | |

## ENTRY OF APPEARANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Attorney Joe A. Spencer, and files his Entry of Appearance as Counsel, on behalf of Defendant **SERGIO MENCHACA PIZARRO**, in the above-entitled and numbered cause.

Respectfully submitted,


*/s/ Joe A. Spencer*
**JOE A. SPENCER**
Attorney for Defendant
1009 Montana
El Paso, Texas 79902
(915) 532-5562
(915) 532-7535 (Fax)
State Bar No.  18921800

# CERTIFICATE OF SERVICE

I hereby certify that, on August 22, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

*/s/ Joe A. Spencer*
Joe A. Spencer