# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number: PE:23-M -00500(1) |
| | § | |
| (1) Sergio Menchaca Pizarro | § | |
| *Defendant* | | |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, **David M. Guinn, Jr.**, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

It is, accordingly, ORDERED this 22nd day of August, 2023.

_____
DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE